UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                                                   Case No. 6:23-cv-02212-PGB-LHP

**CRAYOLA LLC, d/b/a CRAYOLA
EXPERIENCE, a foreign limited
liability company,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents dismissing this case with prejudice.

    Dated: January 5, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email |

duranandassociates@gmail.com
By  *s/ Roderick V. Hannah*            By   *s/ Pelayo M. Duran*
   RODERICK V. HANNAH                PELAYO M. DURAN
   Fla. Bar No. 435384                Fla. Bar No. 0146595

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By   *s/ Roderick V. Hannah*
    RODKERICK V. HANNAH
    Fla. Bar No. 435384

### Service List

Roderick V. Hannah, Esq.
**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com
(*via CM/ECF*)

Pelayo M. Duran, Esq.
**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com
(*via CM/ECF*)

2

Stephanie Sheridan, Esq.
**BENESCH FRIEDLANDER COPLAN
 & ARONOFF LLP**
Counsel for Defendant
100 Pine Street, Suite 3100
San Francisco, CA 94111
T. (628) 600-2266
Email:  SSheridan@beneschlaw.com
*(via e-mail)*